FEATHERSTONE FOUNDRY CO., Respondent, v. NEW YORK BREWERIES CO., Appellant. (Supreme Court, Appellate Division,

First Department. December 3, 1909.) Action by the Featherstone Foundry Company against the New York Breweries Company. A. Benedict, for appellant. N. A. Stancliffe, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.